UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-CR-337 (PAM/JSM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| DANIEL PIZANA-REYNA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.


Dated: May 31, 2011          s/Paul A. Magnuson
                             The Honorable Paul A. Magnuson
                             United States District Court Judge